CHARLES REILLY v. HAROLD W. RUSHTON.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL WARNER.

July 14, 1981.

Petition for certification denied.

HARTFORD ACCIDENT & INDEMNITY COMPANY v. ESSEX CHEMICAL CORPORATION.

July 14, 1981.

Petition for certification denied.

JAMES T. O'BRIEN v. MONTCLAIR STATE COLLEGE.

July 14, 1981.

Petition for certification denied.